525 A.2d 1204

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Jeffrey MADDOX, Appellee.**

Supreme Court of Pennsylvania.

Submitted March 9, 1987.

Decided May 27, 1987.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Kenneth J. Benson, Asst. Dist. Atty., Pittsburgh, for appellant.

Jeffrey Maddox, pro se.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

PER CURIAM.

This appeal is dismissed as having been improvidently granted.